

NO. 14-14-00062-CV

IN RE CLIFFORD HALL

# WRIT OF HABEAS CORPUS

TO THE SHERIFF OF HARRIS COUNTY, TEXAS:

Clifford Hall, relator, has petitioned the Fourteenth Court of Appeals for a writ of habeas corpus in Trial Court Cause No. 2003-20180, alleging that he is illegally restrained of his liberty by you in the Harris County Jail, Harris County, Texas, by virtue of certain process issued out of the 310th District Court of Harris County, Texas.

The Fourteenth Court of Appeals has granted the petition for writ of habeas corpus and has ordered a writ of habeas corpus to issue in the following words:

> This Court has reviewed the petition for writ of habeas corpus of relator, In Re Clifford Hall.
> The Court is of the opinion that relator's petition requires further consideration. *See* TEX. R. APP. P. 52.8(b)(3). We therefore grant relator's petition for writ of habeas corpus pending final determination of the cause. We further order the Clerk of this Court to issue a writ of habeas corpus in this cause, returnable on February 26, 2014.
> The relator will be admitted to bail upon his giving a good and sufficient bond, signed by relator as principal and his attorney, Tyesha Y. Elam, as surety, conditioned as required by law, or by any other surety acceptable to the Sheriff of Harris County, or cash in lieu of bond, in the sum of Five Hundred Dollars, pending the submission without oral argument on the return date of this writ, and until otherwise ordered by this Court.

NOW, THEREFORE, you are commanded to produce the body of relator, Clifford Hall, before the Fourteenth Court of Appeals, at Houston, Texas, on the 26th Day of February 2014 at 1:30 p.m. unless you take the bond of relator in the sum of Five Hundred Dollars ($500) conditioned that he will abide by the decision of the Fourteenth Court of Appeals of Texas. If you release the relator on bond, you will forward the bond to the Clerk of this Court.

YOU ARE COMMANDED TO OBEY this writ fully. If you fail to abide by the terms of this writ, you are subject to legal penalty.

WITNESS, The Honorable Kem Thompson Frost, Chief Justice of our said Fourteenth Court of Appeals, with the seal thereof annexed, at Houston, Texas, on January 24, 2014.

CHRISTOPHER PRINE, Clerk



NO. 14-14-00062-CV

# RETURN ON WRIT

To the Honorable Fourteenth Court of Appeals:

In response to a writ of habeas corpus, I respectfully state that I have in my custody and under my restraint Clifford Hall by virtue of the authority of the copy of the writ attached as a part of this return. I further bring Clifford Hall before the Fourteenth Court of Appeals at Houston, Texas, in obedience to said writ of habeas corpus.



_____
SHERIFF, HARRIS COUNTY


By:_____
    Deputy